UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**United States of America**

    **v.**                                                              Case No. 10-cr-146-PB

**Roney White**

        ]

**O R D E R**

    The defendant, through counsel, has moved to continue the trial scheduled for February 1, 2011, citing the need for additional time to complete discovery and engage in further plea negotiations.  The government does not object to a continuance of the trial date.

    Accordingly, for the above reasons and to allow time for the parties to properly prepare for trial, the court will continue the trial from February 1, 2011 to April 5, 2011.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The January 20, 2011 final pretrial conference is continued to March 23, 2011 at 2:30 p.m.  No further continuances.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

January 20, 2011

cc: Sven Wiberg, Esq.
    Terry Ollila, AUSA
    United States Probation
    United States Marshal